NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| B.L.W., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case Nos. 2D18-2939 |
| | ) | 2D18-3234 |
| B.W., | ) | |
| | ) | |
| Appellee. | ) | CONSOLIDATED |
| | ) | |

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Collier
County, Scott H. Cupp, Judge.

Keith W. Upson of The Upson Law
Group, P.L.; Naples, For Appellant.

Lisa P. Kirby, of Law Offices of Lisa P.
Kirby, P.A.; Naples, For Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, and LUCAS, and ATKINSON, JJ., Concur.